UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ROBERT RAY BROUSSARD ET AL. | CIVIL ACTION NO. 07-145 |
| VERSUS | JUDGE DOHERTY |
| LOUISIANA HEALTH SERVICE & INDEMNITY CO. | MAGISTRATE JUDGE METHVIN |

**MEMORANDUM RULING ON MOTION TO DISMISS**

Pending before this Court is a Voluntary Motion to Dismiss Without Prejudice [Doc. 27]. The motion is unopposed.[1] Based on a review of the pleadings and seeing no error in law, the Voluntary Motion to Dismiss Without Prejudice [Doc. 27] is hereby **GRANTED**.

IT IS HEREBY ORDERED that this matter is DISMISSED without prejudice.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 11th day of July, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] The deadline to file opposition has passed, and this Court has received no opposition. Thus, this Court deems the motion to dismiss as unopposed.